AO 93 (Rev. 12/09) Search and Seizure Warrant  (USAO CDCA Rev. 01/2013)

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Tower Pharmacy, Inc.<br>26732 Crown Valley Parkway, Suite 101<br>Mission Viejo, CA 92691 | ) ) ) ) ) ) Case No.  8:17-MJ-00390 |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Central    District of    California   
*(identify the person or describe the property to be searched and give its location):*

See Attachment A-1

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before    14 days from the date of its issuance   
                                                                                                *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
                                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*
                                                                                ☐ until, the facts justifying the later specific date of _____.

Date and time issued:    12/4/2017 at 5:15 pm          _____
                                                                                            DOUGLAS F. McCORMICK
                                                                                            *Judge's signature*
                                                                                            U.S MAGISTRATE JUDGE

City and state:   Santa Ana, California                    Stephanie Kolb, Diversion Investigator, DEA
                                                                                            *Printed name and title*

AUSA: Ann Luotto Wolf

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 8:17-MJ-00390 | 12/5/17 | Samih Botros |

Inventory made in the presence of: SA Laura Hanover & SA Gabriel Perez

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See Attached - RI-17-2035 - 2 pages

### Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 1/10/18

Executing officer's signature

GERARD DAUPHINAIS  S/A
Printed name and title

AUSA: Ann Luotto Wolf

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**

## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

TOWER PHARMACY
C/O SAMIH BOTROS
26732 CROWN VALLEY PARKWAY, SUITE 101
MISSION VIEJO, CA 92691

FILE NO. RI-17-2035

FILE TITLE:

DATE: 12/5/17

G-DEP IDENTIFIER:

DIVISION/DISTRICT OFFICE

ORANGE COUNTY DEA

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 12 | BOXES CONTAINING MISC. PAPERWORK / DOCUMENTS AND PRESCRIPTIONS | EVIDENCE |
| 1 | SSEE E5000536901 CONTAINING BLANK SCRIPTS | EVIDENCE |
| 2 | BOXES CONTAINING CONTROLLED SCHEDULE II DRUGS | EVIDENCE |
| 1 | BOX CONTAINING CONTROLLED SCHEDULE IV DRUGS | EVIDENCE |

Nothing Follows

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
SA GABRIEL POR[...]  12-5-17

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
SA LAUREN HANOVER HHS

FORM DEA-12 (8-02) Previous editions obsolete        Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

Storage Room on 5th Floor
Tower Pharmacy
c/o Samih Bostros
26732 Crown Valley Parkway Suite 101
Mission Viejo, CA 92691

**FILE NO.** R1-17-2035

**G-DEP IDENTIFIER**

**FILE TITLE:** [signature] 12/5/17

**DATE:** 12/5/17

**DIVISION/DISTRICT OFFICE:** Orange County DEA

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 4 | Boxes of Prescriptions | Evidence |

*Nothing Follows*

**RECEIVED BY (Signature):** [signature]

**WITNESSED BY (Signature):** [signature]

**NAME AND TITLE (Print or Type):** Gabriel Ponor, SA   12-5-17

**NAME AND TITLE (Print or Type):** SA Lauren Hanover, HHS

FORM DEA-12 (8-02) Previous editions obsolete                    Electronic Form Version Designed in JetForm 5.2 Version